No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Marc Klaw and Others, Respondents, v. General Film Company, Appellant.— Judgment modified by striking out the provision for an extra allowance to the plaintiffs, and as thus modified affirmed, with costs to respondents.  No opinion.  Order to be settled on notice.  Present —. Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

The People of the State of New York ex rel. James Curran v. Arthur Woods, as Commissioner, etc.— Motion granted, with ten dollars costs. Present— Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York ex rel. Leo Kiesler v. Henry Moskowitz and Others.— Motion granted, without costs.  Present— Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Bernard Schlenger v. William Stetler and Another.— Motion granted, with ten dollars costs.  Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York ex rel. Stephen J. Madigan v. Moses McKee and Others.— Motion granted, without costs.  Present— Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York ex rel. Stephen J. Madigan v. Moses McKee and Others.— Motion granted, without costs.  Present— Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of Alfred W. Varian.— Motion denied, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Manhattan Railway Company v. Anetta Bockar and Others.— Motion granted; question certified.  Present— Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Manhattan Railway Company v. Henry A. Wingert.— Motion granted; question certified.  Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Universal Audit Company v. James Cameron.— Motion to go to the Court of Appeals granted.  Motion to extend time denied.  Order to be settled on notice.  Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Moore & Munger Company v. Motor Trades Publishing Company.— Motion granted; question certified.  Present— Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Raffaele Ruocco v. Joseph Gallick Contracting Company.— Motion denied, with ten dollars costs.  Present— Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The City of New York v. New York Trust Company.— Motion denied, with ten dollars costs.  Present— Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

L. Tannenbaum Strauss & Company v. Edna Wilson and Others.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.